CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

APR 30 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

EDWARD JAMES EGAN,                )
     Petitioner,                )        Civil Action No. 7:07-cv-00509
                     )
v.                )        **FINAL ORDER**
                     )
GENE M. JOHNSON,                )        By: Hon. Glen E. Conrad
     Respondent.                )        **United States District Judge**

In accordance with the Memorandum Opinion entered this day, it is hereby

## ORDERED

that respondent's motion to dismiss is **GRANTED**; any other pending motions are **DENIED**; and the petition for writ of habeas corpus filed by Egan shall be **DISMISSED** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to petitioner and counsel of record for respondent.

**ENTER:**    This _29th_ day of April, 2008.

_____
United States District Judge